**\*\* E-filed January 20, 2012 \*\***

1  DEAN HANSELL, SBN 93731
   *dhansell@dl.com*
2  MAYA C. DHARWARKAR, SBN 249702
   *mdharwarkar@dl.com*
3  DEWEY & LEBOEUF LLP
   333 South Grand Avenue
4  Suite 2600
   Los Angeles, CA 90071-1530
5  Telephone: (213) 621-6000
   Facsimile: (213) 621-6100
6
   Attorneys for Petitioner
7  INJAZAT TECHNOLOGY FUND B.S.C.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C., | Case No. CV11-04133 HRL |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL AS TO RESPONDENT MICHAEL CUMMISKEY |
| vs. | |
| DR. HAMID NAJAFI AND MICHAEL CUMMISKEY, | ~~Hearing:~~<br>~~Date:        1/10/2012~~<br>~~Time:       10:00 a.m.~~<br>~~Courtroom:  2~~ |
| Respondents. | |

Having considered Petitioner Injazat Technology Fund B.S.C.'s Notice of Voluntary Dismissal Without Prejudice of Respondent Michael Cummiskey, IT IS HEREBY ORDERED THAT the Notice of Voluntary Dismissal is GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 20, 2012

_____
Howard R. Lloyd
United States Magistrate Judge
Northern District of California

---

1
[PROPOSED] ORDER OF DISMISSAL AS TO RESPONDENT MICHAEL CUMMISKEY
CV11-04133