** E-filed January 20, 2012 **

DEAN HANSELL, SBN 93731
*dhansell@dl.com*
MAYA C. DHARWARKAR, SBN 249702
*mdharwarkar@dl.com*
DEWEY & LEBOEUF LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA  90071-1530
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

Attorneys for Petitioner
INJAZAT TECHNOLOGY FUND B.S.C.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C., <br><br> Plaintiff, <br><br> vs. <br><br> DR. HAMID NAJAFI AND MICHAEL CUMMISKEY, <br><br> Respondents. | Case No. CV11-04133 HRL <br><br> [PROPOSED] AMENDED ORDER TO CONFIRM ARBITRATION AWARD <br><br> ~~Hearing:~~ <br> ~~Date:         1/10/2012~~ <br> ~~Time:        10:00 a.m.~~ <br> ~~Courtroom:   2~~ |

The Petition of Injazat Technology Fund B.S.C. ("Injazat") for an order confirming the arbitration award issued by Arbitrator James Evans on July 25, 2011 in the matter of *Injazat Technology Fund B.S.C. v. Najafi, et al.*, Case No. 15982/JEM/MLK/ARP (the "Award") came on regularly for hearing before the undersigned upon notice duly given.  After reviewing the papers, hearing the argument of counsel and considering the issues, and good cause appearing, IT IS HEREBY ORDERED THAT the Award is confirmed as to Respondent Hamid Najafi under Section 207 of the Federal Arbitration Act.  Injazat is entitled to costs of suit herein.  Upon confirmation of the Award, entry of judgment is warranted and such judgment shall be enforceable against Dr. Najafi's equity in the following properties:

- 26645 Altamont Road, Los Altos Hills, California 94022 (County of Santa Clara)[1]
- 6509 Lakeville Highway, Petaluma, California 94954 (County of Sonoma)[2]

---

[1] Legal Description of 26645 Altamont Road, Los Altos Hills, California 94022 - This land is situated in the County of Santa Clara, City of Los Altos Hills, State of California, and is described as follows: Lot 12, as shown upon that certain Map, entitled, "Tract No. 4116 Champagne Heights," which Map was filed for record in the Office of the Recorder of the County of Santa Clara, State of California, on February 4, 1966 in Book 205 of Maps at Page 16 (Assessor's Parcel No. 182-20-013).

[2] Legal Description of 6509 Lakeville Highway, Petaluma, California 94954 - This land is situated in the unincorporated area, County of Sonoma, City of Petaluma, State of California, and is described as follows:

Parcel A: Parcel 1, as shown on that certain map entitled "Parcel Map No. 90-522", filed in the office of the County Recorder of Sonoma County, State of California, on February 5, 1993, in Book 503 of Maps, at page(s) 20 through 22, Sonoma County Records.

Parcel B: An easement for private roadway and public utilities over and along the 60 foot wide strip shown along the Northwesterly line of Lot 3, as shown on Map filed August 18, 1987, in Book 401 of Maps, at page(s) 24 through 27, inclusive, Sonoma County Records.

Parcel C: An easement for private roadway and public utilities over and along the 40 foot wide strip shown along the Southerly line of Lot 3, as shown on the map filed August 18, 1987, in Book 401 of Maps, at pages 24 through 27, Sonoma County Records.

Parcel D: An easement for private roadway and public utilities over and along the 40 foot wide strip shown adjacent to the Northwesterly line of Lot 2, and in said Lot 2, as shown on Map filed August 18, 1987, in Book 401 of Maps, at pages 24 through 27, inclusive, Sonoma County Records.

(Assessor's Parcel No. 068-110-033-000).

1
[PROPOSED] AMENDED ORDER TO CONFIRM ARBITRATION AWARD
CV11-04133

1  9 U.S.C. §207.

3  To the extent that Injazat subsequently discovers additional real or personal property held by Dr. Najafi in California, Injazat reserves the right to move the Court for an order enforcing any unsatisfied portion of the judgment against Dr. Najafi's interest in that additional property.

Dated: January 20, 2012

_____
Hon. Howard R. Lloyd
United States Magistrate Judge
Northern District of California