\*\* E-filed January 23, 2012 \*\*

DEAN HANSELL, SBN 93731
*dhansell@dl.com*
MAYA C. DHARWARKAR, SBN 249702
*mdharwarkar@dl.com*
DEWEY & LEBOEUF LLP
333 South Grand Avenue
Suite 2600
Los Angeles, CA  90071-1530
Telephone: (213) 621-6000
Facsimile:  (213) 621-6100

Attorneys for Petitioner
INJAZAT TECHNOLOGY FUND B.S.C.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C., <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>DR. HAMID NAJAFI AND MICHAEL CUMMISKEY, <br><br>　　　　　　Respondents. | Case No. CV11-04133 HRL <br><br> [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY ON BEHALF OF INJAZAT TECHNOLOGY FUND B.S.C. <br><br> Hearing: <br> Date:　　　N/A <br> Time:　　　N/A <br> Courtroom:　N/A |

[PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY

CV11-04133

IT IS HEREBY ORDERED THAT Petitioner Injazat Technology Fund B.S.C. ("Injazat") hereby withdraws its current attorney of record:

> Maya C. Dharwarkar
> Dewey & LeBoeuf LLP
> 333 S. Grand Ave. #2600
> Los Angeles, CA 90071
> Phone: 213-621-6000
> Fax: 213-621-611
> e-mail: mdharwarkar@dl.com

and substitutes the following attorney as the attorney of record:

> Dean Hansell
> Dewey & LeBoeuf LLP
> 333 S. Grand Ave. #2600
> Los Angeles, CA 90071
> Phone: 213-621-6000
> Fax: 213-621-611
> e-mail: dhansell@dl.com

Dated: January 23, 2012          _____
                                 Hon. Howard R. Lloyd
                                 United States Magistrate Judge
                                 Northern District of California

1
[PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY
CV11-04133