JENNIFER MARIE CABRERA, NY 4534939
*Pro Hac Vice Application Pending*
jennifer@dantanlaw.com
DAN TAN LAW
1133 Broadway Suite 708
New York NY 10010
Tel: (646) 580 – 0080
Fax: (212) 330-7642

DOUGLAS W. DAL CIELO
ddalcielo@bwslaw.com
BRIAN M. AFFRUNTI
baffrunti@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
2440 West El Camino Real, Suite 620
Mountain View, California 94040-1499
Phone: (650) 327-2672
Fax: (650) 688-8333

Attorneys for Defendant
DR. HAMID NAJAFI

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C.,<br>Plaintiff<br><br>vs.<br><br>DR. HAMID NAJAFI AND MICHAEL CUMMISKEY,<br>Defendants | Case No. CV11-04133 PJH<br><br>[PROPOSED] ORDER SHORTENING TIME FOR MOTION FOR A PROTECTIVE ORDER AGAINST UNREASONABLE DISCOVERY AND SANCTIONS PURSUANT TO FRCP RULES 26(a) AND 37(a)(5)(B)<br><br>Hearing:<br>Date:  March 30, 2012<br>Time:  Ex Parte<br>Judge: Hon. Phyllis J. Hamilton |

MP #4846-5649-1023 v1

# ORDER

Having considered Defendant's ex parte application for an Order Shortening Time for the Motion for a Protective Order Against Unreasonable Discovery and Sanctions pursuant to FRCP Rules 26(c) and 37(a)(5)(B), and finding of good cause therefore,

IT IS HEREBY ORDERED THAT the following will be the briefing and hearing schedule for the Motion for a Protective Order Against Unreasonable Discovery and Sanctions:

Injazat Technology Funds B.S.C. ("Injazat") will file its opposition to the Defendant's *Ex Parte* Motion for a Protective Order Against Unreasonable Discovery and Sanctions by March 29, 2012.

Defendants will file a reply brief to Injazat's opposition to the *Ex Parte* Motion for a Protective Order Against Unreasonable Discovery and Sanctions by March 30, 2012.

A hearing on the Motion for a Protective Order Against Unreasonable Discovery and Sanctions will be heard on Friday, March 30, 2012 at 10:00 a.m.

Dated: _____

Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California

-2-
[Proposed] Order Shortening Time, CV11-04133 HRL
MP #4846-5649-1023 v1