JENNIFER MARIE CABRERA, NY 4534939
*Pro Hac Vice Application Pending*
jennifer@dantanlaw.com
DAN TAN LAW
1133 Broadway Suite 708
New York NY 10010
Tel: (646) 580 – 0080
Fax: (212) 330-7642

DOUGLAS W. DAL CIELO
*ddalcielo@bwslaw.com*
BRIAN M. AFFRUNTI
*baffrunti@bwslaw.com*
BURKE, WILLIAMS & SORENSEN, LLP
2440 West El Camino Real, Suite 620
Mountain View, California 94040-1499
Phone: (650) 327-2672
Fax: (650) 688-8333

Attorneys for Defendant
DR. HAMID NAJAFI

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C., <br> Plaintiff <br><br> vs. <br><br> DR. HAMID NAJAFI AND MICHAEL CUMMISKEY, <br> Defendants | Case No. CV11-04133 PJH <br><br> **[PROPOSED] PROTECTIVE ORDER [FRCP 26(c)]** <br><br> Hearing: <br> Date:   TBD <br> Time:   Ex Parte <br> Judge:  Hon. Phyllis J. Hamilton |

MP #4838-3447-2975 v1

## ORDER

Upon reading the papers and good cause appearing, IT IS HEREBY ORDERED THAT a protective order is issued rescinding the Notice of Deposition of Dr. Hamid Najafi dated March 20, 2012, and the Request for the Production of Documents dated March 14, 2012, and that discovery is stayed pending further instruction from this court.

IT IS FURTHER ORDERED THAT Injazat and its counsel shall pay the reasonable fees incurred by Dr. Najafi's counsel in filing their ex parte motion for a protective order.

Dated: _____

Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California