UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INJAZAT TECHNOLOGY FUND B.S.C.,

    Petitioner,

    v.

HAMID NAJAFI, et al.,

    Respondent.

_____/

No. C 11-4133 PJH

**ORDER**

This action was filed as a petition to confirm an arbitration award. The court is in receipt of an "ex parte motion" filed by respondent Hamid Najafi ("Najafi") on March 27, 2012, seeking a protective order pursuant to Federal Rule of Civil Procedure 26(c), "rescinding" the notice of deposition and request for production of documents served on Najafi by petitioner Injazat Technology Fund B.S.C. ("Injazat"); an "ex parte application" for an order shortening time; and a request for sanctions.

It is not the court's practice to rule on "ex parte" motions.[1] Moreover, the court ordinarily refers discovery disputes to a Magistrate Judge for resolution. Nevertheless, because Injazat has noticed Najafi's deposition for Monday, April 2, 2012, the court will rule on this motion after receiving a response from Injazat.

---

[1] The respondent should also take notice that that the undersigned District Judge is located in the Oakland Division of the Northern District of California, not the San Jose Division.

Injazat may file an opposition, no later than the close of business on March 29, 2012. There is no need for Najafi to file a reply, and the court will not conduct a hearing. The court will issue a ruling on the papers.

**IT IS SO ORDERED.**

Dated: March 27, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge