UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INJAZAT TECHNOLOGY FUND B.S.C.,

    Petitioner,

  v.

DR. HAMID NAJAFI, et al.,

    Respondent.
_____/

No. C 11-4133 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of petitioner's application for an order requiring respondent Dr. Hamid Najafi to appear for a judgment debtor examination. Any date for the proposed judgment debtor examination previously noticed on the undersigned's calendar is VACATED.

    The parties shall contact the courtroom clerk of the assigned Magistrate Judge about that judge's procedures. The information may also be available on the court's website.

**IT IS SO ORDERED.**

Dated: June 28, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J, counsel of record