UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C.,<br><br>　　　　Judgment Creditor,<br><br>　　v.<br><br>DR. HAMID NAJAFI and MICHAEL CUMMISKEY,<br><br>　　　　Judgment Debtors. | Case No. 11-cv-04133 PJH (NC)<br><br>**TENTATIVE RULING RE: INJAZAT'S MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER, AND TURNOVER ORDER**<br><br>Re: Dkt. No. 86 |

　　Judgment creditor Injazat Technology Fund B.S.C. moves for (1) an order assigning to it the rights to judgment debtor Dr. Hamid Najafi's income from rental property and stock shares granted by his employer, InvenSense; (2) a restraining order preventing Najafi from disposing of the rights to the rental income and the stock shares; and (3) an order turning over possession and evidence of title to the rental property, stock, and other assets.  Dkt. No. 86.

　　This order provides the parties with a tentative ruling and questions about issues that will be addressed at the hearing on Injazat's motion scheduled for November 14, 2012, at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California:

　　**(1) Assignment Order.**  Relevant factors weigh against assigning the rights to Najafi's rental income from the Los Altos Hills home and stock grants from InvenSense.

Case No. 11-cv-04133 PJH (NC)
TENTATIVE RULING RE:
MOTION FOR ASSIGNMENT　　　　　　　　1

Specifically, it is unclear whether Najafi's property is more valuable as a rental or when sold, and whether Najafi's stock grants from InvenSense are currently being garnished.

**(2) Restraining Order.** A restraining order is necessary to prevent Najafi from disposing of the right to rental payments from the Los Altos Hills home and to the stock grants from InvenSense.

**(3) Turnover Order.** Injazat has failed to make a showing of need that would justify a turnover order regarding the Los Altos Hills home, InvenSense stock, and debts owed to Najafi.

At the hearing, Najafi should be prepared to explain: (1) when he will have more information regarding his mortgage payments on the Los Altos Hills property; (2) why he, and not Injazat, should renegotiate the mortgage; and (3) whether the value of the Los Altos Hills property is greater sold or rented.

Injazat should be prepared to address: (1) whether the value of the Los Altos Hills property is greater sold or rented; (2) whether it should renegotiate the mortgage with the banks; (3) whether it has attempted to garnish Najafi's stock payments from InvenSense; and (4) whether it is asking this Court to make a finding about what portion of Najafi's income is exempt.

IT IS SO ORDERED.

Date: November 8, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cv-04133 PJH (NC)
TENTATIVE RULING RE:
MOTION FOR ASSIGNMENT                                   2