MATTHEW S. KAHN, SBN 261679
mkahn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

BRIAN S. HEALY, SBN 112371
Brian@tw2law.com
TIERNEY, WATSON & HEALY PC
575 Market Street, Suite 3050
San Francisco, CA 94105
Telephone: (415) 357-2093
Facsimile: (415) 974-6433

Attorneys for Judgment Creditor
INJAZAT TECHNOLOGY FUND B.S.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C., <br><br> Judgment Creditor, <br><br> v. <br><br> DR. HAMID NAJAFI & MICHAEL CUMMISKEY <br><br> Judgment Debtors. | CV11-04133 PJH <br><br> INTERIM ORDER REGARDING MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER, AND TURNOVER ORDER <br><br> Continued <br> Date: November 14, 2012 <br> Time: 1:00 pm <br> Mag. Judge: Hon. Nathanael M. Cousins <br> Courtroom A / 15th Floor |

The motion of Injazat Technology Fund, B.S.C. ("Judgment Creditor") came on regularly for hearing on November 14, 2012 before Hon. Nathanael M. Cousins, United States Magistrate Judge, in Courtroom A of the above entitled court, with appearances by counsel as follows: Brian S. Healy appeared for Judgment Creditor and Brian M. Affrunti appeared for Dr. Hamid Najafi ("Judgment Debtor").

Page 1

Injazat Technology Fund v. Najafi, et al.
CAND Case No. CV11-04133 PJH

The Court, having considered the motion and arguments of counsel, has determined that the Court requires further information and continues the hearing to December 19, 2012, at 1:00 p.m. to permit the parties to provide the requested information to the Court.

By December 12, 2012, the parties shall confer and file a Joint Status Conference Statement which apprises the Court of the following:

1. The appraised value of 26645 Altamont Road, Los Altos Hills, California 94022;
2. The settlement amount of Judgment Creditor's malpractice claim against its prior counsel relating to the underlying ICC case; and
3. The status of the Judgment Debtor's loan modification negotiations with JP Morgan Chase.

Pending further order of this Court, to preserve the status quo until the Court rules on the pending motion, the Judgment Debtor will:

1. Cause any income received from the lease of 26645 Altamont Road, Los Altos Hills, California 94022 for December 2012 to be held in his counsel's client trust account or any similar blocked account; and
2. Not exercise any accrued or future stock options relating to InvenSense, Inc. In the event Judgment Debtor has a need to exercise his stock options, he shall not do so absent an agreement with Judgment Creditor's counsel, or if an agreement cannot be reached, a further order of this Court after both parties' counsel meet and confer.

DATED: November 19, 2012

Hon. Nathanael M. Cousins
United States Magistrate Judge

Approved as to form:

Brian M. Affronti, Esq.

Page 2

Injazat Technology Fund v. Najafi, et al.
CAND Case No. CV11-04133 PJH