JENNIFER MARIE CABRERA (NY 4534939)
*Pro Hac Vice*
jennifer@panlegal.net
CABRERA CAMMAROTA PLLC
1133 Broadway, Suite 708
New York, NY 10010
Phone:  646-470-0805

DOUGLAS W. DAL CIELO
*ddalcielo@bwslaw.com*
BRIAN M. AFFRUNTI
*baffrunti@bwslaw.com*
BURKE, WILLIAMS & SORENSEN, LLP
2440 West El Camino Real, Suite 620
Mountain View, California 94040-1499
Phone: (650) 327-2672
Fax: (650) 688-8333

Attorneys for Judgment Debtor and Defendant
Dr. Hamid Najafi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C., <br><br> Judgment Creditor, <br><br> v. <br><br> DR. HAMID NAJAFI AND MICHAEL CUMMISKEY, <br><br> Judgment Debtors. | Case No.  CV11-04133 PJH <br><br> **STIPULATION AND ORDER REGARDING CONTINUING JUDGMENT DEBTOR EXAMINATION AND HEARING ON MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER, AND TURNOVER ORDER** <br><br> Continued <br> Date:             February 13, 2013 <br> Time:             1:00 pm <br> Magistrate Judge:   Hon. Nathanael Cousins |

1. The motion of Injazat Technology Fund, B.S.C. ("Judgment Creditor") came on regularly for hearing on January 16, 2013 before Hon. Nathanael M. Cousins, United States Magistrate Judge, in Courtroom A of the above-entitled court.

2. The Court, having considered the motion and arguments of counsel, determined that the Court required further information and continued the hearing to February 13, 2013,

1     at 1:00 p.m. to permit the parties to provide the requested information to the Court.

2  3. An Order has been entered setting the Judgment Debtor Examination for February 13,

3     2013 at 10 a.m.

4  4. The parties wish to postpone the hearing and examination to a mutually convenient

5     later date.

6  5. Counsel for both parties have agreed to continue the both the hearing and the

7     examination to March 6, 2013 at 1:00 p.m.

9     IT IS SO STATED, THROUGH COUNSEL OF RECORD.

11 DATED: February 11, 2013         ___/s/ Brian Healy_____
                                          Brian Healy
                                          Attorney for Judgment Creditor

14                                           _____
                                          Jennifer Cabrera
15                                           Attorney for Judgment Debtor

16 Dated: February 12, 2013

**GRANTED**

*Judge Nathanael M. Cousins*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -                          Injazat Technology Fund v. Najafi, et al.
                                                        CV11-04133 PJH