JENNIFER MARIE CABRERA (NY 4534939)
*Pro Hac Vice*
jennifer@panlegal.net
CABRERA CAMMAROTA PLLC
1133 Broadway, Suite 708
New York, NY 10010
Phone: 646-470-0805

DOUGLAS W. DAL CIELO
*ddalcielo@bwslaw.com*
BRIAN M. AFFRUNTI
*baffrunti@bwslaw.com*
BURKE, WILLIAMS & SORENSEN, LLP
2440 West El Camino Real, Suite 620
Mountain View, California 94040-1499
Phone: (650) 327-2672
Fax: (650) 688-8333

Attorneys for Judgment Debtor and Defendant
Dr. Hamid Najafi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C., <br><br> Judgment Creditor, <br><br> v. <br><br> DR. HAMID NAJAFI AND MICHAEL CUMMISKEY, <br><br> Judgment Debtors. | Case No. CV11-04133 PJH <br><br> **STIPULATION AND ORDER REGARDING CONTINUING JUDGMENT DEBTOR EXAMINATION AND HEARING ON MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER, AND TURNOVER ORDER** <br><br> Continued <br> Date: February 13, 2013 <br> Time: 1:00 pm <br> Magistrate Judge: Hon. Nathanael Cousins |

1. The motion of Injazat Technology Fund, B.S.C. ("Judgment Creditor") came on regularly for hearing on January 16, 2013 before Hon. Nathanael M. Cousins, United States Magistrate Judge, in Courtroom A of the above-entitled court.

2. The Court, having considered the motion and arguments of counsel, determined that the Court required further information and continued the hearing to February 13, 2013,

at 1:00 p.m. to permit the parties to provide the requested information to the Court.

3. An Order has been entered setting the Judgment Debtor Examination for February 13, 2013 at 10 a.m.

4. The parties wish to postpone the hearing and examination to a mutually convenient later date.

5. Counsel for both parties have agreed to continue the both the hearing and the examination to March 6, 2013 at 1:00 p.m.

IT IS SO STATED, THROUGH COUNSEL OF RECORD.

DATED: February 11, 2013            /s/ Brian Healy
                                              Brian Healy
                                              Attorney for Judgment Creditor

_/s/ Jennifer Cabrera_
Jennifer Cabrera
Attorney for Judgment Debtor

Dated: February 12, 2013

**GRANTED**
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -    Injazat Technology Fund v. Najafi, et al.
CV11-04133 PJH