UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C.,<br><br>　　　　Judgment Creditor,<br><br>　　v.<br><br>DR. HAMID NAJAFI,<br><br>　　　　Judgment Debtor. | Case No. 11-cv-04133 PJH (NC)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Re: Dkt. No. 86 |

The parties have stipulated to continue the status conference currently scheduled for May 1, 2013. The parties have yet to resolve several outstanding issues related to enforcing the judgment against Najafi. As of the March 20, 2013 status conference, the parties were to confer and propose recommendations as to which party is entitled to the approximately $18,000 in rent from the Los Altos property, as well as who would pay the taxes on the exercise of Najafi's stock options. Accordingly, the status conference is continued to June 5, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco. The parties must file a joint status update with the Court by May 29, 2013.

　　IT IS SO ORDERED.

Date: April 22, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 11-cv-04133 PJH (NC)
ORDER CONTINUING STATUS CONFERENCE