# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C.,<br><br>　　　　Judgment Creditor,<br><br>　　v.<br><br>DR. HAMID NAJAFI,<br><br>　　　　Judgment Debtor. | Case No. 11-cv-04133 PJH (NC)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Re: Dkt. No. 115 |

The parties have stipulated to continue the status conference currently scheduled for June 5, 2013 due to the unavailability of Najafi's counsel. Accordingly, the status conference is continued to June 19, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco. The parties must file a joint status update with the Court by June 12, 2013.

IT IS SO ORDERED.

Date: April 29, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge