UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C., | Case No. 11-cv-04133 PJH (NC) |
| Judgment Creditor, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING RE: DISPOSITION OF STOCK** |
| v. | |
| DR. HAMID NAJAFI, | Re: Dkt. No. 121 |
| Judgment Debtor. | |

Injazat Technology Fund B.S.C. holds a final judgment of $3,426,552.45 against Dr. Hamid Najafi. To satisfy this judgment, Injazat is garnishing Najafi's wages and seeks to assert its interests in the rental proceeds from Najafi's house in Los Altos, California as well as in his stock options from his employer, InvenSense, Inc. Pursuant to this Court's November 19, 2012 Interim Order, Najafi has deposited about $18,000 in proceeds from the rental of his home (the "Rent Proceeds") into a blocked account pending a further order determining their disposition in this proceeding. Najafi receives as part of his compensation from InvenSense the option to purchase a total of 25,000 shares per year of InvenSense common stock at a purchase price of $3 per share (the "Options"), with shares vesting on the 15th of each month.

//

On July 10, 2013, the Court held a status conference on the satisfaction of Injazat's judgment. Dkt. No. 122. After considering the parties' joint status update and presentations, the Court ORDERS the following:

1. The Interim Order of November 19, 2012 shall remain in effect until August 14, 2013, except as provided herein.
2. Najafi shall file and serve his brief in support of his contention that the Options are "earnings" for purposes of Cal. Code of Civ. Proc. §706.011 on or before July 17, 2013;
3. Injazat shall file and serve its responsive brief on or before July 31, 2013;
4. Najafi may file a reply brief on or before August 7, 2013;
5. The matter will be heard on August 14, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California;
6. Najafi is authorized to exercise up to 2600 Options and to sell the resulting shares of InvenSense common stock provided that the net proceeds thereof are used solely for the purpose of paying his August and September mortgage payments (as modified) and his tax liability for exercising the Options and selling the shares. Any disposition of the net proceeds other than as provided herein shall be deemed a violation of this order.
7. Najafi must notify his mortgage holder and any other persons who may claim to hold an interest in the Rent Proceeds that Injazat seeks to claim the Rent Proceeds to satisfy its judgment. Any party intending to appear at the hearing to assert an interest in the Rent Proceeds must notify the court of its intent to appear at the hearing by no later than August 7, 2013.

IT IS SO ORDERED.

Date: July 12, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cv-04133 PJH (NC)
ORDER SETTING BRIEFING
SCHEDULE AND HEARING

2