# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| INJAZAT TECHNOLOGY FUND B.S.C., | Case No. 11-cv-04133 PJH (NC) |
| Judgment Creditor, | **ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING** |
| v. | |
| DR. HAMID NAJAFI, | Re: Dkt. No. 124 |
| Judgment Debtor. | |

The Court GRANTS the parties' stipulation to postpone the briefing schedule and hearing set by the Court on July 12, 2013 pending settlement discussions. The briefing schedule is revised as follows:

1. Najafi shall file and serve his brief in support of his contention that the Options are "earnings" for purposes of Cal. Civ. Proc. Code §706.011 on or before July 31, 2013;
2. Injazat shall file and serve its responsive brief on or before August 14, 2013;
3. Najafi may file a reply brief on or before August 21, 2013;
4. The matter will be heard on August 28, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California;
5. Any third party intending to appear at the August 28 hearing to assert an interest in the Rent Proceeds must file a notice of appearance by August 21, 2013.

IT IS SO ORDERED.

Date: July 16, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cv-04133 PJH (NC)
ORDER REVISING BRIEFING
SCHEDULE AND HEARING