United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INJAZAT TECHNOLOGY FUND
B.S.C.,

         Plaintiff,

      v.

DR. HAMID NAJAFI, et al.,

         Defendants.
_____/

No. C 11-4133 PJH

**ORDER**

On June 28, 2012, the above-entitled action was referred to Magistrate Judge Nathanael Cousins for post-judgment collections.  On October 1, 2013, petitioner Injazat Technology Fund B.S.C. filed objections to an order issued by Judge Cousins on September 17, 2013 regarding petitioner's motion to enforce the judgment entered in this case.  Petitioner also requested clarification as to one aspect of Judge Cousins' order.

The request for clarification is referred to Judge Cousins for determination.  Once that order is issued, petitioner may address any remaining objections to the undersigned district judge, pursuant to 28 U.S.C. § 636(b).

**IT IS SO ORDERED.**

Dated:  October 17, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge